Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Kristen M. Gates #258698
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

Ronald Eugene Maniord

        Debtor.

CASE NO. 14-10524-B-13K
DC NO.:  MHM-1

CHAPTER 13 PROCEEDING

DECLARATION  IN SUPPORT OF
MOTION TO DISMISS PURSUANT
TO 11 U.S.C. §1307

DATE:    June 4, 2014
TIME:    2:00 PM

PLACE    U.S. Courthouse
        2nd Floor 510 19th Street
        Bakersfield, Ca 93301

JUDGE:  Hon. W. Richard Lee

I, Elizabeth Clark, employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

1.   If called as a witness in this matter, I would testify from personal knowledge to the following.

2.  I am familiar with this office's intake of documents and procedures for documenting case notes.

3.  This motion is sought on grounds of unreasonable delay.

4.  Debtor failed to set a plan for hearing with notice to creditors.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on April 18, 2014, at Fresno, California.

/s/ Elizabeth Clark
Elizabeth Clark