Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
1300 18th Street, Suite B
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtor,
Ronald Maniord
10005 Boothbay Harbour Drive
Bakersfield, CA 93314

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | ) | Chapter 13 |
|---|---|---|
| | ) | Case #14-10524-B-13K |
| RONALD EUGENE MANIORD, | ) | D.C. #RSW-1 |
| SS #XXX-XX-3191, | ) | |
| | ) | Date:  June 4, 2014 |
| | ) | Time:  1:30 p.m. |
| | ) | Place: 510 19th Street |
| | ) |        Bakersfield, CA |
| Debtor. | ) | Judge Lee |

**MOTION TO CONFIRM DEBTOR'S**
**FIRST MODIFIED CHAPTER 13 PLAN**

TO ALL CREDITORS AND PARTIES IN INTEREST:

   COMES NOW, RONALD MANIORD, DEBTOR HEREIN, and respectfully asks this Court to confirm his First Modified Chapter 13 Plan as follows:

   1.   Debtor filed Chapter 13 on 02/3/14, and the meeting of creditors has been continued to 05/15/14.

   2.   A copy of Debtor's First Modified Chapter 13 Plan is being sent to all creditors with this notice.  Debtor will seek Confirmation of his First Modified Chapter 13 Plan.

   3.   The modified plan provides for a plan payment of $597.00 for 60 months paying 0% to unsecured creditors.

///

4. The modified plan complies with all the provisions of Bankruptcy Code §1325(a), as described in the Debtor's declaration.

WHEREFORE, Debtor prays that this Court confirm his First Modified Chapter 13 Plan, and for such other and further relief as is just.

DATED: May 2, 2014

                                /s/ Robert S. Williams
                                ROBERT S. WILLIAMS,
                                Attorney for Debtor