Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
1300 18th Street, Suite B
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtor,
Ronald Maniord
10005 Boothbay Harbour Drive
Bakersfield, CA 93314

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) Case #14-10524-B-13K |
| RONALD EUGENE MANIORD, | ) D.C. #RSW-1 |
| SS #XXX-XX-3191, | ) |
| | ) Date:  June 4, 2014 |
| | ) Time:  1:30 p.m. |
| | ) Place: 510 19th Street |
| | )        Bakersfield, CA |
| Debtor. | ) Judge Lee |

**NOTICE OF HEARING ON MOTION TO CONFIRM
DEBTOR'S FIRST MODIFIED CHAPTER 13 PLAN**

TO ALL CREDITORS:

   PLEASE TAKE NOTICE that on June 4, 2014, at 1:30 p.m., at Bankruptcy Court, 510 19th Street, Bakersfield, CA, there will be a hearing on the Motion to Confirm Debtor's First Modified Chapter 13 Plan.

   Opposition, if any, to the granting of the motion may be presented at the hearing on the motion.  If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

DATED: May 2, 2014

                                        /s/ Robert S. Williams
                                        ROBERT S. WILLIAMS,
                                        Attorney for Debtor

1