```
Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
1300 18th Street, Suite B
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtor,
Ronald Maniord
10005 Boothbay Harbour Drive
Bakersfield, CA 93314
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Chapter 13 |
| ) | Case #14-10524-B-13K |
| RONALD EUGENE MANIORD, ) | D.C. #RSW-1 |
| SS #XXX-XX-3191, ) | |
| ) | Date: June 4, 2014 |
| ) | Time: 1:30 p.m. |
| ) | Place: 510 19th Street |
| ) | Bakersfield, CA |
| _____Debtor._____ ) | Judge Lee |

## DECLARATION OF DEBTOR

I, RONALD MANIORD, declare as follows:

    1.   I have signed a modified plan prepared by my attorney and would ask that the plan be confirmed. I believe the plan complies with §1325(a) including as follows:

    (a)   My plan has been proposed in good faith;

    (b)   I have listed all of my assets, and my plan pays to unsecured creditors as much as they would have received had I filed Chapter 7;

    (c)   I can make all payments due under the plan and have complied with the plan;

    (d)   My bankruptcy petition was filed in good faith;

    (e)   I have a domestic support obligation; and

    (f)   I have filed all required tax returns through 2013.

I declare under penalty of perjury the foregoing is true and correct in Bakersfield, California.

Dated: <u>April 30, 2014</u>

                                    <u>/s/ Ronald Maniord</u>
                                    RONALD MANIORD,
                                    Declarant