Williams & Williams Inc.
Robert S. Williams
1300 18th Street Suite B
Bakersfield, CA  93301

DATE RECEIVED: May 02 2014   TIME RECEIVED: 10:59AM   TOTAL SERVED: 20

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Ronald Maniord | CASE NO: 14-10524-B-13K |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: |
| | ECF Docket Reference No. D.C. #RSW-1 |
| | Judge: Lee |
| | Hearing Location: Bakersfield |
| | Hearing Date: June 4 2014 |
| | Hearing Time: 1:30 pm |
| | Response Date: |

On 5/2/2014, a copy of the following documents, described below,

1. MOTION TO CONFIRM DEBTOR'S FIRST MODIFIED CHAPTER 13 PLAN, D.C. #RSW-1

2. NOTICE OF HEARING ON MOTION TO CONFIRM DEBTOR'S FIRST MODIFIED CHAPTER 13 PLAN

3. DECLARATION OF DEBTOR

4. CHAPTER 13 PLAN - FIRST MODIFIED

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/2/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Williams & Williams Inc.
Robert S. Williams
1300 18th Street Suite B
Bakersfield, CA  93301

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0972-1<br>CASE 14-10524<br>EASTERN DISTRICT OF CALIFORNIA<br>FRESNO<br>FRI MAY 2 11-14-56 PDT 2014 | ALTAONE FCU<br>1115 KING AVENUE<br>CHINA LAKE CA 93555 | AMERICAN EXPRESS<br>PO BOX 3001<br>16 GENERAL WARREN BLVD<br>MALVERN PA 19355-1245 |
| AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | BARCLAYS BANK DELAWARE<br>ATTN BANKRUPTCY<br>P O BOX 8801<br>WILMINGTON DE 19899-8801 | CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY UNIT<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| CAP1 BSTBY<br>PO BOX 688910<br>DES MOINES IA 50368-8910 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | EOS CCA<br>700 LONGWATER DR<br>NORWELL MA 02061-1624 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GRANT WEBER<br>ATTN BANKRUPTCY<br>26575 W AGOURA RD<br>CALABASAS CA 91302-2975 | HP SEARS<br>2000 18TH ST<br>BAKERSFIELD CA 93301-4292 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | KERN COUNTY DEPARTMENT OF<br>CHILD SUPPORT SERVICES<br>1300 18TH ST<br>BAKERSFIELD CA 93301-4538 | RONALD EUGENE MANIORD<br>10005 BOOTHBAY HARBOUR DR.<br>BAKERSFIELD CA 93314-8072 |
| MANIORD EMMY<br>11702 SAGEBRUSH AVE<br>BAKERSFIELD CA 93312-3370 | MICHAEL H. MEYER<br>PO BOX 28950<br>FRESNO CA 93729-8950 | OFFICE OF THE U.S. TRUSTEE<br>UNITED STATES COURTHOUSE<br>2500 TULARE STREET ROOM 1401<br>FRESNO CA 93721-1326 |
| ROGERS JEWELERS<br>STERLING JEWELERS INC ATTN BNAKRUPTCY<br>PO BOX 1799<br>AKRON OH 44309-1799 | SANTANDER CONSUMER USA<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 | US BANK HOME MORTGAGE<br>4801 FREDERICA ST<br>OWENSBORO KY 42301-7441 |
| ~~ROBERT S. WILLIAMS~~<br>~~1300 18TH ST #B~~<br>~~BAKERSFIELD CA 93301-4534~~ | | |